1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:16-CV-0596-JAM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| HORNBROOK FIRE PROTECTION DISTRICT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. No defendants have appeared.[1] The matter is currently set for an initial scheduling conference on March 6, 2019, at 10:00 a.m. before the undersigned in Redding, California. Because, however, plaintiff has not completed service on all defendants and has not filed a scheduling conference statement within the time specified in the court's October 24, 2018, order, the scheduling conference is vacated. Plaintiff will nonetheless be required to appear on March 6, 2019, at 10:00 a.m., in Redding,

/ / /

/ / /

/ / /

---

[1] Of the six defendants named in the complaint, only defendant Joseph Hott has been served. <u>See</u> Doc. 10. Defendant Hott failed to respond to the complaint within the required time and the Clerk of the Court has entered his default. <u>See</u> Doc. 12.

1

California, to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

    IT IS SO ORDERED.

Dated:  February 28, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE