# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:16-CV-0596-JAM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| HORNBROOK FIRE PROTECTION DISTRICT, et al., | |
| Defendants. | |

        Plaintiff, who is proceeding pro se, brings this civil action. Plaintiff appeared before the undersigned in Redding, California, on March 6, 2019, at 10:00 a.m. to show cause regarding failure to effect service of process and file a scheduling conference statement. Good cause appearing therefor, the order to show cause issued on March 1, 2019, is discharged and the matter is re-set for a scheduling conference before the undersigned in Redding, California, on June 12, 2019, at 10:00 a.m. The parties shall file scheduling conference statements consistent

/ / /

/ / /

/ / /

/ / /

/ / /

with the court's October 24, 2018, order no later than seven days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: March 7, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE