# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>HORNBROOK FIRE PROTECTION DISTRICT, et al.,<br><br>    Defendants. | No. 2:16-CV-0596-JAM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's motion for an extension of time (ECF No. 26). In his motion, plaintiff seeks additional time to file a response to defendants' answer and challenge various affirmative defenses raised therein. To the extent plaintiff seeks an extension of time to file a motion to strike under Federal Rule of Civil Procedure 12(f), plaintiff's motion for an extension of time is granted. Plaintiff may file a motion to strike under Rule 12(f), which motion shall be set for hearing before the undersigned on the court's August 7, 2019, law and motion calendar at 10:00 a.m. Any such motion shall be noticed and briefed pursuant to Eastern District of California Local Rule 230.

/ / /

/ / /

/ / /

1

Plaintiff is advised to take notice of Local Rule 230(b) with respect to the timely filing of a motion for hearing on August 7, 2019. Local Rule 230(b) requires:

> . . .The matter shall be set for hearing on the motion calendar of the. . .Magistrate Judge. . .before whom the matter is to be heard <u>not less than twenty-eight (28) days after service and filing of the motion</u>. . . .

Id. (underlining added).

The court expects compliance with the rules referenced above and any motion not properly noticed will be terminated as a pending motion and no ruling will issue. Upon hearing the matter on August 7, 2019, the court will issue findings and recommendations to the District Judge forthwith.

On the court's own motion, the scheduling conference set for June 12, 2019, is continued to September 11, 2019, at 10:00 a.m., in Redding, California, following which a schedule for this case will be set.

IT IS SO ORDERED.

Dated: May 29, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE