# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>HORNBROOK FIRE PROTECTION DISTRICT, et al.,<br><br>    Defendants. | No. 2:16-CV-0596-JAM-DMC<br><br><br><br>ORDER |

        Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's unopposed motion for an extension of time (ECF No. 32) to file an opposition to defendants' motion for judgment on the pleadings, currently set for hearing before the undersigned in Redding, California, on August 7, 2019.[1]

        Plaintiff's seeks a 30-day extension of time. Good cause appearing therefor, and given defendants' statement of non-opposition thereto, plaintiff's motion is granted. Defendants' motion for judgment on the pleadings is re-set for hearing on September 11, 2019, before the undersigned in Redding, California, at 10:00 a.m. Plaintiff's opposition to defendants' motion for judgment on the pleadings is due by August 28, 2019. See E. Dist. Cal. Local Rule 230(c).

/ / /

---

[1] Also set for hearing on August 7, 2019, is plaintiff's motion to strike (ECF No. 30).

1

On the court's own motion, plaintiff's motion to strike is also re-set for hearing on September 11, 2019, before the undersigned in Redding, California, at 10:00 a.m.  The scheduling conference set for September 11, 2019, is vacated pending resolution of the parties' motions.

IT IS SO ORDERED.

Dated:  July 29, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE