# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>HORNBROOK FIRE PROTECTION DISTRICT, et al.,<br><br>    Defendants. | No. 2:16-CV-0596-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court are plaintiff's motion to strike defendants' answer to the first amended complaint (ECF No. 30) and defendants' motion for judgment on the pleadings (ECF No. 31). Both motions are set for hearing before the undersigned in Redding, California, on September 11, 2019, at 10:00 a.m.

On August 5, 2019, plaintiff filed a statement waiving oral argument on his motion to strike. Because such motion has been fully briefed and because plaintiff has waived the opportunity to support his motion at the hearing, the court finds oral argument on such motion unnecessary. Pursuant to Eastern District of California Local Rule 230(g), plaintiff's motion to strike is, therefore, submitted on the briefs without oral argument. The hearing in this matter set

/ / /

/ / /

1

for September 11, 2019, shall be limited to arguments related to defendants' motion for judgment on the pleadings.

IT IS SO ORDERED.

Dated:  September 10, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE