# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HORNBROOK FIRE PROTECTION DISTRICT, et al.,<br><br>　　　　Defendants. | No. 2:16-CV-0596-JAM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 1, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 1, 2019, are adopted in full;

2. Defendants' motion for judgment on the pleadings (ECF No. 31) is granted in part and denied in part;

3. Plaintiff's first amended complaint is dismissed with leave to amend;

4. Plaintiff's motion to strike defendants' answer to the first amended complaint (ECF No. 30) is denied as moot and without prejudice to challenging defendants' answer to any second amended complaint; and

5. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

DATED: December 18, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE