# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>HORNBROOK FIRE PROTECTION DISTRICT, et al.,<br><br>  Defendants. | No. 2:16-CV-0596-JAM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's motion (ECF No. 45) for an extension of time to March 3, 2020, to file a second amended complaint. Good cause appearing therefor, plaintiff's motion is granted. Plaintiff shall file a second amended complaint on or before March 3, 2020.

IT IS SO ORDERED.

Dated: January 21, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1