# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>HORNBROOK FIRE PROTECTION DISRICT, et al.,<br><br>    Defendants. | No. 2:16-CV-0596-JAM-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is plaintiff's request for a stay of the briefing schedule for defendants' motion to dismiss established in the March 24, 2020, order. See ECF No. 51.

On March 24, 2020, the Court set a briefing schedule for defendants' motion to dismiss the second amended complaint. The Court ordered that, upon completion of briefing, defendants' motion would stand submitted on the papers.

In his motion to stay the briefing schedule, plaintiff cites his indigency and long distance from his residence in far north California to the closest place to conduct legal research in Medford, Oregon, as well as shelter-in-place orders issued by the governors of California and Oregon, and seeks a stay of briefing during the current COVID-19 emergency. See ECF No. 51.

/ / /

The Court finds the relief plaintiff requests is reasonable under the circumstances and, for good cause shown, plaintiff's motion will be granted. Briefing on defendants' motion to dismiss is stayed for 30 days from the date of this order. Upon expiration of the stay of briefing, the Court will issue an order either setting a new briefing schedule or continuing the stay.

IT IS SO ORDERED.

Dated: March 31, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE