**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER GIFFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HORNBROOK FIRE PROTECTION DISTRICT, et al.,<br><br>　　　　Defendants. | No. 2:16-CV-0596-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. On March 31, 2020, the Court granted plaintiff's motion for a stay of briefing on defendants' motion to dismiss the second amended complaint. See ECF No. 52. The Court stayed briefing for 30 days from the date of the order. The 30-day stay has now expired and no party has requested a continuance of the stay of briefing. The Court, therefore, will by this order set a briefing schedule for defendants' motion to dismiss. Following completion of briefing, defendants' motion remains submitted on the papers without oral argument.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file an opposition to defendants' motion to dismiss within 30 days of the date of this order; and

2. Defendants may file a reply brief within 30 days after the date of service of plaintiff's opposition, if any.

Dated: June 25, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE