IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:16-CV-0596-JAM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| HORNBROOK FIRE PROTECTION DISTRICT, et al., | |
| Defendants. | |

   Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On September 14, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 14, 2021, are adopted in full;

2. Defendants' motion to dismiss, ECF No. 48, is granted in part and denied in part;

3. Plaintiff's second amended complaint is dismissed with leave to amend; and

4. Plaintiff shall file a third amended complaint within 30 days of the date of this order.

DATED:  March 29, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE