Roger J. Gifford, Pro Se
15226 Hornbrook Rd.
Hornbrook, CA 96044
530-340-1395



FILED
APR 2 5 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| Roger J. Gifford, | ) Case No: 2:16-CV-00596-JAM-DMC |
|---|---|
| Plaintiff, | ) MOTION FOR ADMINISTRATIVE RELIEF |
| vs. | ) REQUEST FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT |
| Hornbrook Fire Protection District, et al Defendants, | ) |

    Plaintiff Roger Gifford, appearing before this Court Pro Se, requests that, pursuant to FRCivP, Rule 6(b)(1)(A), and also L.R. 144(c), this Court grant him an *ex parte* extension of time of 60 days from the date and service of an order extending time, in which to file his amended complaint pursuant to the Order of the Hon. John A. Mendez. (ECF #62).

    Good cause exists here because the Findings and Recommendations have ordered Plaintiff to completely rewrite the Complaint in this matter based on a number of factors that it is clear the Court is encouraging Plaintiff to research thoroughly. Ultimately, such research and re-writing is a substantial undertaking that Plaintiff wishes to carefully apply himself, and so the first step is proper research.

    The Jackson County Law Library, which is the only law library within 100 miles of Plaintiff's residence, lies some 45 miles away, in Medford, Oregon, while Plaintiff resides in Hornbrook, California. These two places are separated by the highest point on Interstate 5, at over 4000', which means there are often issues with slow and/or closed lanes of traffic, etc - even during decent weather, due to the high maintenance of that stretch of freeway. Plaintiff must schedule time specifically to access the law library, and also to use public library and printing facilities for general document preparation.

    Additionally, the weather in the region has been extremely unsettled this year; going from record lows and snowfall, to record high temperatures, and then back; sometimes after several

days, but often in a matter of just one day - or even hours - which has made scheduling for these chores complicated due to correlating dramatic shifts in the flow of traffic, and persons using the facilitates in and around Medford. Sometimes this works to Plaintiff's advantage, and he is able to get more done than anticipated - but other times the reverse is true, as occurred this past week when the Oregon Department of transportation decided it would be a good time to reduce I-5 to a single lane in each direction for several miles, and then a major, days-long snowstorm struck. The resultant accidents (unclearable due to the barricading), congestion, and other problems made I-5 completely impassible for long periods.

      The current due date for Plaintiff's amended complaint to be filed is April 28, 2022 (ECF #62, p.2). Plaintiff respectfully requests that the Court grant him an extension of 60 days from the date of filing and service of an order approving a continuance in which to serve and submit his amended complaint as ordered.

4/22/2022
Date

Roger Gifford, Plaintiff Pro Se

## CERTIFICATION OF SERVICE

      I, Roger Gifford, the undersigned Plaintiff in this matter, do hereby affirm under penalty of perjury that I served the foregoing document by US Mail upon the parties via their attorney at the address below, and on the date listed.

```
Patrick L. Deedon
2851 Park Marina Dr., #300

Post Office Drawer 994607

Redding, CA 96099-4607
```

April 22, 2022

Roger Gifford, Plaintiff Pro Se

Plaintiff's Request for Extension of Time to File TAC - 2