IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>HORNBROOK FIRE PROTECTION DISTRICT, et al.,<br><br>   Defendants. | No. 2:16-CV-0596-JAM-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 63, for a 60-day extension of time to file a third amended complaint. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to conduct research at the closest law library, which is approximately 45 miles away from Plaintiff's residence, Plaintiff's motion is granted. Plaintiff shall file a third amended complaint within 60 days of the date of this order.

   IT IS SO ORDERED.

Dated:  May 27, 2022

                                             _____
                                             DENNIS M. COTA
                                             UNITED STATES MAGISTRATE JUDGE

1