**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER GIFFORD, | No. 2:16-CV-0596-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK FIRE PROTECTION DISTRICT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 67, for a 45-day extension of time to file an opposition to Defendants' motion to dismiss, currently set for hearing before the undersigned in Redding, California, on August 17, 2022, at 10:00 a.m. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to transportation issues in accessing the nearest available law library, Plaintiff's motion will be granted. On the Court's own motion, the hearing set for August 17, 2022, will be vacated and Defendants' motion to dismiss will be submitted on the papers without oral argument upon the completion of briefing. See Local Rule 230(g).

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 67, is granted;

2. Plaintiff's opposition to Defendants' motion to dismiss is due by September 9, 2022;

3. Defendants' reply brief is due within 14 days after service of Plaintiff's opposition; and

4. Following completion of briefing, Defendants' motion to dismiss will be submitted on the record without oral argument.

Dated: July 25, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE