Roger J. Gifford, Pro Se
15226 Hornbrook Rd.
Hornbrook, CA 96044
530-340-1395

FILED

APR 10 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger J. Gifford, | Case No: 2:16-CV-00596-DJC-DMC |
| Plaintiff, | |
| vs. | PLAINTIFF'S REQUEST FOR EXTENSION OF TIME IN WHICH TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS, ECF #74 |
| Hornbrook Fire Protection District, et al | |
| Defendants, | |
| | (FRCivP Rule 6(b)(1)(A); L.R. 144(c).) |

Plaintiff Roger Gifford, appearing before this Court Pro Se, requests that, pursuant to FRCivP, Rule 6(b)(1)(A), and also L.R. 144(c), this Court grant him an *ex parte* extension of time of 60 days from the date and service of an order extending time, in which to file his objections to the Findings and Recommendations of the Hon. Dennis M. Cota (ECF #74), served by US Mail to Plaintiff.

Good cause exists here because the Jackson County Law Library, which is the only law library within 100 miles of Plaintiff's residence, lies some 45 miles away, in Medford, Oregon, while Plaintiff resides in Hornbrook, California, which itself lies at 3200' elevation. These two places are separated by the highest point on Interstate 5, at over 4000', which means that even during normal times, there are often issues with slow and/or closed lanes of traffic, etc due to the high maintenance needs of that stretch of freeway, and the inclement weather of winter and early spring - as is currently the case, and exacerbated by the unprecedented, ceaseless, bitter, and very unpredictable severe weather that has been affecting the West Coast of the United States for the past few months, and the California/Oregon region in particular.

Plaintiff must schedule time specifically to access the law library, and also to use public library and printing facilities for general document preparation - neither of which he will be able to do until the above-described undertakings are completed, since even on his "days off", and when he can make the drive home, that would be on the weekends, and the Law Library is closed, while the Public Library has limited hours, on the weekends.

Plaintiff's Request for Extension of Time to File Objections to F&Rs of Magistrate Judge- 1

As Plaintiff was served the Court's Findings and Recommendations by mail, the current due date for Plaintiff's Objections is April 15, 2024. Plaintiff respectfully requests that the Court grant him an extension of 60 days from the date of filing and service of an order approving a continuance in which to serve and submit his Objections to ECF #74.

Respectfully submitted this 7th day of April, 2023

_____
Roger J. Gifford, Plaintiff Pro Se

## CERTIFICATION OF SERVICE

I, Roger J. Gifford, the undersigned Plaintiff in this matter, do hereby affirm under penalty of perjury that I served the foregoing document by US Mail upon the parties via their attorneys at the address below, and on the date listed.

Patrick L. Deedon
PO Box 994607
Redding, CA 96099

April 7th, 2023

Dated this 7th day of April, 2023

_____
Roger J. Gifford, Plaintiff Pro Se