# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>HORNBROOK FIRE PROTECTION DISTRICT, et al.,<br><br>    Defendants. | No. 2:16-CV-0596-DJC-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 75, for a 60-day extension of time to file objections to the Court's March 29, 2024, findings and recommendations. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to impaired access to the nearest law library, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 75, is GRANTED.

2. The parties may file objections to the Court's March 29, 2024, findings and recommendations within 60 days of the date of this order.

Dated: May 14, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE