IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:16-CV-0596-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK FIRE PROTECTION DISTRICT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 27, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed March 27, 2025, ECF No. 79, are adopted in full.

1

  2. Defendants' motion to dismiss, ECF No. 66, is GRANTED in part and DENIED in part.

  3. Defendants' motion to dismiss is granted as to Plaintiff's Federal Claims Count II, Count III, Count IV, and Count V, and State Claims Count II, Count V, Count VI, Count VIII, and Count IX, as set forth in Plaintiff's third amended complaint

  4. Defendants' motion to dismiss is denied as to Plaintiff's Federal Claim Count I, and State Claims Count I, Count III, Count IV (insofar as Plaintiff seeks injunctive relief), Count VII, Count X, and Count XI, as set forth in Plaintiff's Third Amended Complaint

  5. Within 30 days of the date of this Order, Defendants shall file an answer to those claims within Plaintiff's Third Amended Complaint not otherwise subject to dismissal.

  6. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 6, 2025**

*/s/ Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE