IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:16-CV-0596-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK FIRE PROTECTION DISTRICT, et al., | |
| Defendants. | |

      Plaintiff, who is proceeding pro se, brings this civil action. The parties have filed a stipulation of voluntary dismissal. See ECF No. 81. Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed on the parties' notice. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this file.

      IT IS SO ORDERED.

Dated: June 18, 2025

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE